IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF DESTINY LYN BOLDS A/K/A DESTINY LYN BOLDS HOWE, A/K/A DESTINY BOLDS HOWE, DECEASED. | No. 82012 |

WILLIE BOLDS,
                              Appellant,
                    vs.
LISA HENRY,
                              Respondent.

FILED

MAY 23 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       Morris Law Center
       Jeffrey Burr, Ltd.
       Hutchison & Steffen, LLC/Las Vegas
       Eighth District Court Clerk

22-16283